### 17184.   SOLOMON *v.* WOODRUFF.

BROYLES, C. J.   Under the facts of the case the direction of a verdict in favor of the defendant was not error for any reason assigned.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED MAY 12, 1926.

Complaint; from Muscogee superior court—Judge McLaughlin. January 23, 1926.

*Paul Blanchard,* for plaintiff.   *Neill & McGee,* for defendant.

Trial, 38 Cyc. p. 1563, n. 68.

### 17185.   OGLE *v.* THE STATE.

BROYLES, C. J.   On the trial of one charged with assault and battery it was error for the court to charge the jury that "if *the party assaulted in this case, Roy Wilkerson,* if when he was assaulted he was defending his mother, attempting to defend his mother against an assault that was being made by the wife of the defendant in this case, or anybody else, he would have a right to defend his mother" (italics ours), this charge (as alleged in the motion for a new trial) being an intimation of an opinion that Roy Wilkerson (the party alleged to have been assaulted) had been assaulted; and this error, under the facts of the case, requires a new trial.

*Judgment reversed.   Luke and Bloodworth, JJ., concur.*

DECIDED MAY 12, 1926.

Conviction of assault and battery; from Haralson superior court —Judge Irwin.   January 9, 1926.

*Smith & Watson, Walter Matthews,* for plaintiff in error.

*E. S. Griffith, solicitor-general,* contra.

Criminal Law, 16 C. J. p. 941, n. 60 New.